**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DORA BENCOMO, Individually and as** | § | |
| **Heir of the Estate of Juan Manuel** | § | |
| **Herrera, Deceased,** | § | |
|    *Plaintiff,* | § | |
| | § | |
| **v.** | § | **NO. MO:23-CV-00036** |
| | § | |
| **SERGEANT TODD SANCHEZ and** | § | |
| **MIDLAND COUNTY,** | § | |
|    **Defendants.** | § | |

## <u>ORDER</u>

BEFORE THE COURT is the Parties' Joint Notice of Settlement and Joint Motion to Stay Deadlines (Doc. 34) filed November 29, 2023. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **SIXTY (60)** days from the docketing of this Order.

The Final Pretrial Hearing and Jury Selection/trial are cancelled. All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 30th day of November, 2023.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE